*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION

No. 04-09-00264-CV

## IN RE ADT MEXICO SECURITY SERVICES, S.A. DE C.V.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
Phylis J. Speedlin, Justice
Marialyn Barnard, Justice

Delivered and Filed:   May 20, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On May 8, 2009, relator filed a petition for writ of mandamus, complaining of the trial court's April 24, 2009 order imposing sanctions. The court has considered relators' petition for writ of mandamus. The court is of the opinion that relator is not entitled to the relief sought because relator has an adequate remedy by appeal. *See Braden v. Downey*, 811 S.W.2d 922, 928 (Tex. 1991); *In re Lavernia Nursing Facility*, 12 S.W.3d 566, 571 (Tex. App.—San Antonio 1999, orig. proceeding [mand. denied]) (monetary sanctions are generally not remediable by mandamus). Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

---

[1] This proceeding arises out of Cause No. 2006-CVQ-001051-D2, styled *ADT Security Services, S.A. de C.V. v. Alert 24, LLC, et al.*, pending in the 111th District Court, Webb County, Texas, the Honorable Raul Vasquez presiding.

PER CURIAM